IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RICHARD D. WELCH | § | |
| VS. | § | CIVIL ACTION NO. 1:12-CV-330 |
| JEFFERSON COUNTY COURT, ET AL., | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Plaintiff, Richard D. Welch, a former pre-trial detainee confined at the Jefferson County

Correctional Facility, proceeding *pro se* and *in forma pauperis*, filed this civil rights action

pursuant to 42 U.S.C. § 1983 against the following defendants: Jefferson County Court, Jefferson

County District Attorney Tom Maness, Jefferson County Assistant District Attorney Ramon

Rodriguez, and State District Judge Layne Walker.

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate

Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this

Court. The Magistrate Judge recommends this civil rights case be dismissed pursuant to Federal

Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States

Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No

objections to the Report and Recommendation of United States Magistrate Judge were filed by

the parties.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are

correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered

---

[1]A copy of the Report and Recommendation was returned with the notation "Return to Sender, Attempted – Not Known – Unable to Forward." *See* Docket Entry No. 10.

in this case in accordance with the Magistrate Judge's recommendations.

So **ORDERED** and **SIGNED** on July  21 , 2013.

_____
Ron Clark, United States District Judge