IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RICHARD D. WELCH | § | |
| VS. | § | CIVIL ACTION NO. 1:12-CV-330 |
| JEFFERSON COUNTY COURT, *et al.*, | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Richard D. Welch, a former pre-trial detainee confined at the Jefferson County Correctional Facility, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the following defendants: Jefferson County Court, Tom Maness, Jefferson County District Attorney, Ramon Rodriquez, Assistant District Attorney, and State District Judge Layne Walker.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this action be dismissed for failure to state a claim.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

---

[1] Plaintiff filed a Motion to Dismiss Indictment in Case No. 96676, 96693 and 97048 for Failure to Provide a Fast and Speedy Trial on October 1, 2014 (docket entry no. 26). A review of this pleading reveals no actual objections to the findings of the Magistrate Judge in the Report and Recommendation and is simply a restatement of plaintiff's original claims.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the 5 day of **January, 2015.**

Thad Heartfield
United States District Judge